

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00119-CR

_____

THE STATE OF TEXAS, Appellant

V.

JORGE LOUIS VERDE, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-12-24363

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The State has appealed the trial court's grant of Jorge Louis Verde's motion to suppress evidence. Based on the reasoning and analysis in our opinion in cause number 06-13-00115-CR, issued on even date herewith, we affirm the trial court's ruling.

Bailey C. Moseley
Justice

Date Submitted:     March 5, 2014
Date Decided:       April 23, 2014

Do Not Publish

2